ABRAM O. JOHNSON, PROSECUTOR, v. JOHN J. REILLY.

Argued November 5, 1903—Decided February 23, 1904.

A justice of the peace loses jurisdiction of a cause when absent on the day to which it was adjourned.

On *certiorari.*

Before Justices FORT and PITNEY.

For the prosecutor, *John W. Slocum.*

*John J. Reilly, pro se.*

PER CURIAM.

The judgment brought up by the writ in this case must be set aside. A justice of the peace loses jurisdiction of a cause when absent on the day to which a previous hearing has been adjourned, and he cannot afterwards adjourn the cause and proceed with the trial.

This case is controlled by the case of *McKenna* v. *Murphy,* 39 *Vroom* 522.

The judgment is reversed, with costs.